# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN REYNOSO,<br><br>Plaintiff,<br><br>v.<br><br>RBC BEARINGS, INC.; RBC TRANSPORT DYNAMICS, A DIVISION OF ROLLER BEARING COMPANY OF AMERICA, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:16-cv-01037 JVS (JCGx)<br>*Honorable Jay C. Gandhi*<br><br>**ORDER ON JOINT STIPULATED PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION**<br><br>**DISCOVERY MATTER**<br><br>Complaint Filed: April 27, 2016<br>First Amended<br>Complaint Filed: February 21, 2017 |

## ORDER

Pursuant to the "Joint Stipulated Protective Order Regarding Production of Confidential Information," filed concurrently herewith (the "Joint Stipulated Protective Order"), and for good cause shown,

IT IS HEREBY ORDERED that the Joint Stipulated Protective Order is hereby adopted in its entirety and entered as an Order of this Court.

IT IS SO ORDERED.

DATED:     June 15, 2017     _____

Hon. Jay C. Gandhi
United States Magistrate Judge