UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1037 JVS (JCGx) | Date | March 23, 2018 |
| Title | Carmen Reynoso v. All Power Manufacturing Co., et al. | | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)** **Order Granting Plaintiff's Motion to Strike Defendant's Trial Plan**

On March 12, 2018, RBC Transportation Dynamics ("RBC") filed a document styled Defendant's Trial Plan. (Docket No. 79.) The following day, plaintiff Carmen Reynoso ("Reynoso") filed a motion to strike the plan. (Docket 80.)

The Court summarily grants the motion. The so-called Trial Plan is largely further argument with regard to RBC's then pending motion for class decertification. (See Docket No. 64.) To that extent, the document is an improper brief. The other matters raised are more appropriately raised as part of the pretrial conference. The Court notes that it granted the parties the opportunity to put before the Court issues on which they sought guidance from the Court in advance of trial. (See Docket No. 90.)

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |