1  ROBERT A. CANTORE (CA Bar No. 127462)
   (Email: rac@gslaw.org)
2  JOSHUA F. YOUNG (CA Bar No. 232995)
   (Email: jyoung@gslaw.org)
3  PAMELA CHANDRAN (CA Bar No. 250829)
   (Email: pchandran@gslaw.org)
4  NANCY SOTOMAYOR (CA Bar No. SBN 312022)
   (Email: nsotomayor@gslaw.org)
5  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
6  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010-2732
7  Tel: (323) 938-3000
   Fax: (323) 937-9139
8
   *Attorneys for Plaintiff*
9
   RYAN D. SABA, ESQ. (SBN 192370)
10 (Email: rsaba@rosensaba.com)
   KRYSTLE D. MEYER, ESQ. (SBN 270995)
11 (Email: kmeyer@rosensaba.com)
   ROSEN SABA, LLP
12 9350 Wilshire Boulevard, Suite 250
   Beverly Hills, California 90212
13 Tel: (310) 285-1727
   Fax: (310) 285-1728
14
   *Attorneys for Defendants*

## **DENIED**
### BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN REYNOSO,<br><br>    Plaintiff,<br><br>  v.<br><br>RBC TRANSPORT DYNAMICS, a division of ROLLER BEARING COMPANY OF AMERICA and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:16-cv-01037-JVS(JCGx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND TRIAL DEADLINES**<br><br>Judge:    Hon. James V. Selna |

ORDER

The Court, having considered the parties' Stipulation to Continue Trial and Trial Deadlines, and good cause appearing, hereby ORDERS that the current trial and trial deadlines be continued as follows:

| **Event** | **Current Deadline** | **New Date** |
|---|---|---|
| Local Rule 16-8 Final Pretrial Conference | April 9, 2018, at 11:00 a.m. | July 9, 2018, at 11:00 a.m. |
| Local Rule 16-3 Disclosure of Graphic and Illustrative Material | April 13, 2018 | July 13, 2018 |
| Meet and confer to stipulate so far as is possible to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at the start of trial | April 13, 2018 | July 13, 2018 |
| Local Rule 16-10 Trial Brief | April 17, 2018 | July 17, 2018 |
| Local Rule 49-1 Request for Special Verdict or Interrogatories | April 17, 2018 | July 17, 2018 |
| Local Rule 51-1 Requests for Instructions | April 17, 2018 | July 17, 2018 |
| Voir Dire | April 20, 2018 | July 20, 2018 |
| Proposed verdict form | April 24, 2018 | July 31, 2018 |
| Trial exhibits, witness lists, | April 24, 2018 | July 31, 2018 |

| | | |
|---|---|---|
| and a joint statement of the case suitable for reading by the Court to the prospective panel of jurors | | |
| Trial | April 24, 2018, at 8:30 a.m. | July 31, 2018, at 8:30 a.m. |

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

DATED: _____    _____
　　　　　　　　　　　　　　　The Honorable James V. Selna
　　　　　　　　　　　　　　　U.S. District Judge

Denied. No good cause. The Motions *in Limine* are fully briefed. A proposed pretrial conference order has been submitted. The proposed addition of counsel does not warrant a continuance.   JVS March 29, 2018